JEFFREY I. GOLDEN, TRUSTEE
P.O. Box 2470
Costa Mesa, CA 92628-2470
Telephone:   (714) 966-1000
Facsimile:    (714) 966-1002

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In Re: <br><br> MAX KUSNETZ <br><br><br><br><br> Debtor. | Case No.: 21-10754-SC <br><br> Chapter 7 <br><br> NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL:  ANDREW  S BISOM
TO THE ABOVE NAMED DEBTOR

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **June 9, 2021 at 10:00 AM**, for the reason(s) set forth below:

**Your meeting is continued for administrative reasons.**

**\*\*NOTE – THIS MEETING WILL TAKE PLACE REMOTELY DUE TO THE COVID-19 PANDEMIC.  IF YOU NEED INSTRUCTIONS ON HOW TO APPEAR TELEPHONICALLY OR VIA ZOOM VIDEO CONFERENCE PLEASE VISIT THE TRUSTEE'S WEBSITE AT**
**https://pages.trustesolutions.com/trusteegolden**

Dated:   May 5, 2021            /s/ Jeffrey I Golden
                                JEFFREY I. GOLDEN
                                Chapter 7 Trustee

I certify that I served the within notice on the above debtor and the debtor attorney, and interested parties on May 5, 2021.

                                /s/ Lori Werner
                                Lori Werner